**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

GREGORY ANTHONY SMITH,                                   Civil No. 07-2213 PAM/SRN
a/k/a, HURST VON BRUSKIE

       Plaintiff,

**v.**                                                                                    **ORDER**

Minnesota Department of Corrections,
JOAN FABIAN, Commissioner**,**

       Defendatnt.

_____

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Susan Richard Nelson dated

August 21, 2007.  No objections have been filed to that Report and Recommendation in

the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of

the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis, (Docket Nos. 2 and

6), is **DENIED**; and

2.  This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: _September 14, 2007.

s/ Paul A. Magnuson
Judge PAUL A. MAGNUSON
United States District Court Judge

1